UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Crim. No. 5:24-cr-00072-GFVT-MAS |
| v. | ) | |
| ERNEST WAYNE WHEELER, III, | ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 15.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Wheeler knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 15]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Ernest Wayne Wheeler III is **ADJUDGED** guilty of Counts One and Two of the Indictment; and

3. It is **ADJUDGED** that Defendant Wheeler's interest in the property listed in the forfeiture allegation of the Indictment is **FORFEITED**.

This the 20th day of November, 2024.

Gregory F. Van Tatenhove
United States District Judge